UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERICK ADELMO MARROQUIN AVILES, | CASE NO. 2:26-cv-00137-JHC |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| RIO GRANDE PROCESSING CENTER, et al., | |
| Respondents. | |

This matter comes before the Court on pro se Petitioner Erick Adelmo Marroquin Aviles's Petition for Writ of Habeas Corpus. Dkt. # 1. Petitioner is detained at the Rio Grande Processing Center in Laredo, Texas. *Id.* at 1. The Court thus lacks jurisdiction and cannot review the Petition. *See Doe v. Garland*, 109 F.4th 1188, 1198 (9th Cir. 2024) ("[T]he plain language of the habeas statute thus confirms the general rule that, for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement.").

IT IS ORDERED that this Petition is DISMISSED and TRANSFERRED to the U.S. District Court for the Southern District of Texas.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

ORDER OF DISMISSAL - 1

Dated this 10th day of February, 2026.


*John H. Chun*

John H. Chun
United States District Judge

ORDER OF DISMISSAL - 2